1  Jonah A. Grossbardt (State Bar No. 283584)
   **SRIPLAW, P.A.**
2  1801 Century Park East
3  Suite 1100
   Los Angeles, CA  90067
4  323.364.6565 – Telephone
5  561.404.4353 – Facsimile
6  jonah.grossbardt@sriplaw.com

7  Attorneys for Defendants
8  BF ADVANCE LLC AND JOSEPH COHEN

9

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

| ANTON EWING, | CASE NO.:  3:20-cv-01748-BAS-WVG |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION OF DEFENDANTS BF ADVANCE LLC AND JOSEPH COHEN FOR A STAY AND FOR AN ORDER REQUIRING PLAINTIFF ANTON EWING TO A POST A BOND AS A VEXATIOUS LITIGANT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 391.1** |
| BF ADVANCE LLC AND JOSEPH COHEN, | |
| Defendants. | |
| | Date: November 23, 2020<br>Time: N/A<br>Ctrm: 4B<br>Judge: Hon. Cynthia A. Bashant |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

1

NOTICE OF MOTION AND MOTION OF
DEFENDANTS BF ADVANCE LLC AND JOSEPH COHEN
CASE NO.: 3:20-CV-01748-BAS-WVG

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT on November 23, 2020 or as soon thereafter as this matter may be heard in the above-entitled Court, located in Courtroom 4B at the United States Courthouse, 221 West Broadway, San Diego, California, 92101, Defendants BF Advance LLC and Joseph Cohen will and hereby do move to stay this litigation and to require Plaintiff Anton Ewing to post a bond as security for costs. This motion is made on the grounds that a) Plaintiff has been declared a vexatious litigant and has a demonstrated a history of vexatious litigation, b) the present lawsuit is frivolous and harassing, c) a bond as security for costs is needed to protect BF Advance LLC and Joseph Cohen.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities in support thereof, the Declarations of Jonah A. Grossbardt, Defendants' Request for Judicial Notice, filed concurrently herewith, all other documents on file in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

DATED: October 20, 2020           Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW, P.A.**
Attorneys for Defendants BF Advance LLC and Joseph Cohen

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK