Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Defendant
BF ADVANCE LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING, | CASE NO.:  3:20-cv-01748-BAS-WVG |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT** |
| BF ADVANCE LLC AND JOSEPH COHEN, | |
| Defendants. | Date: December 7, 2020<br>Time: N/A<br>Ctrm: 4B<br>Judge: Hon. Cynthia A. Bashant |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

Defendant, BF Advance LLC ("BFA") submits the following opposition to Plaintiff Anton Ewing's ("Ewing") Motion for leave to file an Amended Complaint.

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

## I. Introduction

Ewing is a professional litigant with a demonstrated track record of harassment, threats, and unscrupulous behavior in judicial proceedings.

Ewing has been sanctioned by courts in this district. A copy of the Findings and Admonition to Plaintiff entered by Hon. Larry Alan Burns accompanied Ewing's Complaint as Judge Burns ordered. [Dkt. No. 1 at 24].

On October 21, 2020, BFA filed a Motion for a stay and for an order requiring Ewing to post a bond. [Dkt. No. 7]. BFA set the hearing date for November 23, 2020. [Dkt. No. 7]. The Court has yet to rule on this Motion.

As the Plaintiff has been found to be a Vexatious Litigant, BFA sought the protection of California Code of Civil Procedure 391.1 which requires a vexatious litigant post of bond as security for costs for the benefit of a defendant. BFA also sought a stay of the proceedings until such a bond was posted, and if no bond is posted by the deadline set by the court, this case should be dismissed with prejudice.

BFA requests that the Court review the Motion to Stay [Dkt. No. 7] prior to BFA responding to Ewing's Motion for Leave to Amend. [Dkt. No. 11]. BFA's Motion predates Ewing's Motion and will have and a decision on the BFA motion will affect the status of the case.

## II. Litigation Should be Stayed Until Resolution of the Motion for Bond

"When a motion pursuant to Section 391.1 is filed prior to trial the litigation is stayed, and the moving defendant need not plead, until 10 days after the motion shall have been denied, or is granted, until 10 days after the required security has been furnished and the moving defendant given written notice thereof." Cal. Civ. Pro. 391.6. Pending the result of a Motion for Security the stay shall remain effective until 10 days after the motion is denied or 10 days after the security is furnished. *See Hanna v. Little League Baseball Inc.*, 53 Cal. App. 5th 871.

On October 21, 2020, BFA filed its motion for a stay. [Dkt. No. 7]. As explained above, the Court has yet to rule on this motion. On November 10, 2020 Ewing filed a motion for leave to amend [Dkt. No. 11] while BFA's Motion to Stay was pending. Here, Ewing has filed a Motion to Amend his Complaint [Dkt. No. 11] prior to the Court deciding BFA's Motion for Security and a Stay [Dkt. No. 7]. As BFA's motion is still pending it is BFA's requests the Court rule on its motion prior to ruling on Ewing's Motion for leave to Amend.

### III. Conclusion

For all of the reasons stated above, BFA respectfully requests that the Court deny Ewing's Motion to Amend until the Court rules on the BFA's Motion for Bond and to Stay.

DATED: November 30, 2020     Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW, P.A.**
Attorneys for Defendant BF Advance LLC